IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| Innocente Segovia-Teran, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 3:13-CV-1356 |
| ) | |
| Metro Nashville Police Dept, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE AND ORDER OF VOLUNTARY NONSUIT

Comes the Plaintiff, Innocente Segovia-Teran, by and through counsel, hereby gives notice of voluntary nonsuit without prejudice of all claims against the defendants in the above-styled case.

IT IS THEREFORE ORDERED that this cause is hereby nonsuited.

Enter this _2nd_ day of _December_, 2014

_____
Hon. Judge Haynes
United States Magistrate Judge
Middle Tennessee District Court

**APPROVED FOR ENTRY:**

_____
John Ben Iwu, #024522
845 Bell Road, Suite 120
Antioch, TN 37013
615-731-5389/3967941